IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DEVANTAE A. MOORE, #211724                                                    PLAINTIFF

VERSUS                                                    CIVIL NO. 2:18-cv-189-KS-MTP

ROBERT MORRIS, Investigator for Jasper Co.
Sheriff Dept.                                                                 DEFENDANT

ORDER

This matter is before the Court on Plaintiff's pleading docketed as a Motion [18] to Subpoena the Tape Record from Jasper County Sheriff Department. Having reviewed the record, the Court finds that the Motion [18] should be denied.

On July 15, 2019, the Court entered a Memorandum Opinion and Order [14] and Final Judgment [15] dismissing this civil action. Because the instant civil action is closed as a result of the dismissal, *see* Order [14] and J. [15], and the Motion [18] cannot be construed in a way that relief is possible, it is properly considered a "a meaningless, unauthorized motion." *See United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994). The Court therefore is without jurisdictional bases to consider the merits of Plaintiff's instant Motion [18], *see Mayberry v. Stephens*, 555 F. App'x 419, 420 (5th Cir. 2014) (citing *Early*, 27 F.3d at 142), and it will be denied. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff's Motion [18] is **denied**.

SO ORDERED, this the ___14th___ day of August, 2019.

                                                                               ___s/Keith Starrett_____
                                                                               UNITED STATES DISTRICT JUDGE