IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DEVANTAE A. MOORE, #211724                                                                PLAINTIFF

VERSUS                                                         CIVIL ACTION NO. 2:18-cv-189-KS-MTP

ROBERT MORRIS, Investigator for
Jasper County Sheriff's Department                                                         DEFENDANT

## ORDER

This matter is before the Court sua sponte. Plaintiff filed a pleading on October 3, 2019, and it was docketed as a Response [21] to the Court's Order [19] entered on August 14, 2019. That Order [19] denied Plaintiff's Motion [18] to Subpoena the Tape Record from Jasper County Sheriff's Department. Plaintiff did not sign his Response [21]. The Court then entered an Order [23] on October 7, 2019, directing Plaintiff to file a signed Response on or before October 30, 2019. Plaintiff was warned that failure to file a signed Response as required by Rule 11(a) of the Federal Rules of Civil Procedure would result in his Response being struck and not being considered by the Court. That Order [23] was mailed to Plaintiff at his last known address and according to the record, the Order has not returned as undeliverable.

Plaintiff was given an opportunity to correct his failure to sign his Response [21], but has failed to do so or otherwise communicate with this Court since October 3, 2019, when he filed his Response [21]. Accordingly, it is

ORDERED that Plaintiff's Response [21] will not be considered by the Court.

This the      27th      day of May, 2020.

                                                                    s/Keith Starrett
                                                                    UNITED STATES DISTRICT JUDGE